# EXHIBIT A.

```
LORJ1              *       PROGRAM REVIEW REPORT            *      09-23-2007
PAGE 001                                                          09:55:00
```

INSTITUTION: LOR  LORETTO FCI

```
NAME.......: TURNAGE, TROY KEVIN
RESIDENCE..: BALTIMORE, MD 21229                    REG. NO: 40274-037
```

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  *04/2008*

```
PROJ. RELEASE DATE..: 01-25-2013          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE
```

DATE OF NEXT CUSTODY REVIEW:  *04/2008*     DETAINERS (Y/N): N

CIM STATUS (Y/N)...: N              IF YES, RECONCILED (Y/N): _____

PENDING CHARGES.....:  *None  indicated*

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: *narcotics*
     IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|----------|-----------|----------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 05-04-2009 | 0713 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-13-2003 | 1324 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-13-2003 | 1324 |
| CUS | OUT | OUT CUSTODY | 08-16-2004 | 1149 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-13-2003 | 1323 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-01-2003 | 1409 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-2003 | 1409 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 05-01-2003 | 1024 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 08-16-2004 | 1144 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-28-2003 | 1358 |
| MDS | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 08-19-2003 | 1233 |
| QTR | C05-004U | HOUSE C/RANGE 05/BED 004U | 10-27-2004 | 1536 |
| RLG | PROTESTANT | PROTESTANT | 05-15-2003 | 1559 |
| WRK | FPIWHSEOUT | UNICOR OUTSIDE WAREHOUSE | 07-11-2005 | 0001 |

WORK PERFORMANCE RATING: *Good worker/    Good*
*Sanitation*

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *None since 2004*

_____

_____

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $_____

FRP PAYMENTS PAST 6 MO:  $_____     OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN:  *Completed  05-01-2003*

LORJ1                              PROGRAM REVIEW REPORT                    *        09-23-2007
PAGE 002          *                                                                 09:55:00

RELEASE PREPARATION PARTICIPATION: Enroll when 30 mos
prior to PRD

CCC RECOMMENDATION: Team will consider
when 11-13 mos prior to PRD

PROGRESS MADE SINCE LAST REVIEW: None

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Ideal conduct
Receive outstanding wrk, gte + adj epts
Enroll in future classes

LONG TERM GOALS:
Complete RPP by 01/2012
Save $250.00 for Release
Complete Resume Writing by 01/2012

OTHER INMATE REQUESTS/TEAM ACTIONS:

```
LORJ1                 *        PROGRAM REVIEW REPORT              *       09-23-2007
PAGE 003 OF 003                                                          09:55:00
```

SIGNATURES:

CHAIRPERSON: _____    INMATE: _____

    DATE: _____    DATE: _____

BP-S187.058   PROGRESS REPORT   CDFRM
JUN 98
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

| Institution Name, Address, & Telephone No.<br>Federal Correctional Institution<br>P.O. Box 1000, Loretto, PA 15940<br>(814) 472-4140 | Date<br><br>05-04-06 |
|---|---|

| Inmate Reviewed | | |
|---|---|---|
| Inmate's Signature | Date<br>5/4/06 | Staff Signature |

1. Type of Progress Report
   ☐ Initial      ☐ Statutory Interim      ☐ Pre-Release
   ☐ Transfer   X Triennial      ☐ Other (Specify)_____

| 2. Inmate's Name<br>TURNAGE, Troy Kevin | 3. Register Number<br>40274-037 Camp | 4. Age (DOB)<br>36; 06-26-1969 |
|---|---|---|

5. Present Security/Custody Level
   SL-Minimum/Out

6. Offense/Violator Offense
   Possession With Intent to Distribute Cocaine Base

7. Sentence
   135 months + 3 years Supervised Release; $100 Felony Assessment

| 8. Sentence Began<br>12-11-2002 | 9. Months Served +<br>   Jail Credit<br>   39 mos. + 5 days JCT | 10. Days GCT/or EGT/SGT<br>162 days awarded<br>529 days projected |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br>   0 days DGCT | 12. Projected Release<br>01-25-2013 via GCT | 13. Last USPC Action<br>   N/A |

14. Detainers/Pending Charges
    There are no detainers or pending charges in this case.

15. Co-defendants
    None

For continuation Pages, type on a blank sheet with the Inmate's Name,
Register No., and Date and attach to this form.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# P R O G R E S S    R E P O R T

TURNAGE, Troy Kevin        Reg. No.: 40274-037 Camp        05-04-2006
                               Page 2

---

16.   **Institution Adjustment:** Since arriving at this facility, inmate Turnage has established a positive rapport with both institution staff and fellow inmates.  He was the subject of one incident report for Using Mail Without Authorization, Code 410.  Otherwise, his adjustment at this facility has been positive.  This progress report is being prepared for triennial purposes.

a.   Program Plan - Inmate Turnage was initially classified at FPC Loretto, PA, on November 10, 2004.  During this classification meeting, he was recommended to participate in the Financial Responsibility Program, enroll in at least one ACE Class, apply for a duplicate social security card, and to maintain clear conduct.  He presented a positive demeanor during this meeting.
During his most recent program review on April 27, 2006, it was noted that inmate Turnage had completed payment of his financial obligation. He was encouraged to enroll in at least one ACE Class, enroll in the Employment Resource Center, and to maintain clear conduct.  Once again, he presented a positive demeanor during this meeting.

b.   Work Assignment - Inmate Turnage is currently assigned to work in the outside UNICOR Warehouse, where he receives good work reports.

c.   Educational/Vocational Participation -

-------------------------- EDUCATION INFORMATION --------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|-----------|-------------|-----------------|----------------|
| LOR | ESL HAS | ENGLISH PROFICIENT | 06-01-2003 1409 | CURRENT |
| LOR | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-2003 1409 | CURRENT |

-------------------------- EDUCATION COURSES --------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|-----------|-----------|------|----|----|-----|
| LOR SCP | PUBSPEAKING/CAMP/MON/7-8:30/ | 11-08-2005 | 12-27-2005 | P | C | P | 20 |
| LOR SCP | ANC/NEAREASTMYTH/SUN.1-3/RM2 | 11-09-2005 | 12-27-2005 | P | C | P | 20 |
| LOR SCP | LEGALRESEARCH/WED.6:00P.M./C | 11-17-2005 | 12-27-2005 | P | C | P | 20 |
| LOR SCP | ECONOMICS/SUN/MON/6-8/RM2 | 07-07-2005 | 07-07-2005 | P | C | P | 20 |
| LOR SCP | PARENTING EDUCATION-EDUC | 04-25-2005 | 05-23-2005 | P | C | P | 15 |
| LOR SCP | PARENTING;CAMP;M/T 1330 | 04-25-2005 | 05-23-2005 | P | C | P | 15 |
| LOR SCP | ELEMENTSOFJAZZ/MON-6-8/RM 3 | 04-11-2005 | 04-11-2005 | P | C | P | 20 |
| LOR SCP | BIOLOGY/HUMANBEHAVIOR/SUN/7-8/ | 11-19-2004 | 02-03-2005 | P | C | P | 20 |
| LOR SCP | FINANCE&ACCTG/THURS/6-8/RM2 | 11-19-2004 | | P | C | P | 20 |
| LOR | BASIC STOCK MARKET;M;1800;CR2 | 05-17-2004 | 07-15-2004 | P | C | P | 20 |
| LOR | MUSICTHEORY/MON/6-8 | 03-11-2004 | 03-11-2004 | P | C | P | 20 |

d.   Counseling Programs - Inmate Turnage has not participated in any counseling programs offered at this facility.

e.   Incident Reports -

REPORT NUMBER/STATUS.: 1283067 - SANCTIONED INCIDENT DATE/TIME: 11-17-2004 0845
UDC HEARING DATE/TIME: 11-18-2004 1530
FACL/UDC/CHAIRPERSON.: LOR/CAMP/SWINEFORD
REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 410 - UNAUTHORIZED USE OF
                       THE MAIL.
   410   USING MAIL W/O AUTH - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:   COMMISSARY RESTRICTION FOR 30 DAYS BEGINNING
                 11-18-2004 THRU 12-17-04.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

P R O G R E S S        R E P O R T

TURNAGE, Troy Kevin        Reg. No.: 40274-037 Camp        05-04-2006
                                     Page 3

_____

f.    Institutional Movement - Inmate Turnage arrived at FPC Schuylkill, PA,
      on April 14, 2003, to commence service of his federal sentence. He
      remained at that facility until April 24, 2003, when he redesignated
      to FCI Loretto, PA, for greater security purposes. He remained at
      that facility until October 27, 2004, when he was transferred to FPC
      Loretto, PA, for lesser security purposes. There has been no further
      movement in this case.

g.    Physical/Mental Health - Inmate Turnage is assigned to regular duty
      medical status with the medical restriction of no lifting over 15
      pounds. According to his Presentence Investigation Report, inmate
      Turnage reported that he has never abused alcohol or drugs in the
      past. Inmate Turnage should be fully employable upon his release from
      custody.

h.    Progress on Financial Responsibility Program - At the time of
      sentencing, inmate Turnage was ordered to pay a $100 felony assessment
      fee. Since then, he has completed payment of this obligation and is
      classified as FRP complete.

17.   Release Planning: Inmate Turnage's release plans are still premature
      due to his GCT release date. It is anticipated he will establish both
      a residence and employment upon release from custody. Inmate Turnage
      is subject to notification under 18USC 4042B, for his current
      conviction for a drug trafficking crime.

a.    Residence -    To be secured through the resources of a RRC.

b.    Employment -   To be secured through the resources of a RRC.

c.    CUSPO -    William F. Henry, CUSPO
                 District of Maryland
                 United States District Court, Suite 400
                 250 West Pratt Street
                 Baltimore, MD 21201-2456

d.    Release Preparation Program - Inmate Turnage is not currently enrolled
      in the Release Preparation Program. It is anticipated he will
      complete this program prior to his release from custody.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

P R O G R E S S     R E P O R T

TURNAGE, Troy Kevin          Reg. No.: 40274-037 Camp          05-04-2006
                                    Page 4

---

Dictated by: _____

                Craig T. Swineford, Case Manager Camp

Reviewed by: _____

                Ruth Bracken, Camp Administrator


Date typed:     May 4, 2006 CTS/kas

P5322.12
11/29/2006
Attachment B, Page 1

# Education Progress Report

To: _____, Unit Manager

Prepared by: *KWazylvk*
Education Advisor

*Turnage*                    40274-037              10/15/07
Inmate Name                  Register Number        Date

## Initial Classification Information

GED/High School: Completed (YES/NO)_____
Year or Highest Grade Completed  _____

ESL: Completed (YES/NO)_____

Date of Education Interview:_____

Recommendations/Comments (Please include information regarding
recommended classes and target enrollment date):
_____
_____
_____
_____

## Program Review Information

Class:_____    Instructor:_____
Performance:_____
Attendance:_____
Target Completion Date:_____
Hours Completed:_____    Progress: Satisfactory/Unsatisfactory

Class:_____    Instructor:_____
Performance:_____
Attendance:_____
Target Completion Date:_____
Hours Completed:_____    Progress: Satisfactory/Unsatisfactory

Recommendations/Comments (Please include information regarding
recommended classes and target enrollment date):
*ACE    new classes fall*
_____

```
     LORJ1            *          PROGRAM REVIEW REPORT          *        04-11-2007
     PAGE 001                                                            07:46:15
```

INSTITUTION: LOR   LORETTO FCI

NAME.......: TURNAGE, TROY KEVIN
RESIDENCE..: BALTIMORE, MD 21229                    REG. NO: 40274-037

TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....:  ~~10/2007~~

PROJ. RELEASE DATE.: 01-25-2013
PAROLE HEARING DATE.: NONE                    RELEASE METHOD.: GCT REL
                                              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 04/2008          DETAINERS (Y/(N)): N

CIM STATUS (Y/(N))...: N               IF YES, RECONCILED (Y/N): _____

PENDING CHARGES.....:        None indicated

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) ((Y)/N)....: narcotics
      IF YES - CIRCLE ONE (DRUG TRAFFICKING)/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY    - - - - - -       CURRENT ASSIGNMENT - - - - - -    EFF DATE    TIME

| CATEGORY | | CURRENT ASSIGNMENT | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 05-04-2009 | 0713 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-13-2003 | 1324 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-13-2003 | 1324 |
| CUS | OUT | OUT CUSTODY | 08-16-2004 | 1149 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-13-2003 | 1323 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-01-2003 | 1409 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-2003 | 1409 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 05-01-2003 | 1024 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 08-16-2004 | 1144 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-28-2003 | 1358 |
| MDS | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 08-19-2003 | 1233 |
| QTR | C05-004U | HOUSE C/RANGE 05/BED 004U | 10-27-2004 | 1536 |
| RLG | PROTESTANT | PROTESTANT | 05-15-2003 | 1559 |
| WRK | FPIWHSEOUT | UNICOR OUTSIDE WAREHOUSE | 07-11-2005 | 0001 |

WORK PERFORMANCE RATING: _____ GOOD _____ worker/ GOOD
Sanitation

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: Last IR 11-18-2004
_____
_____

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $_____

FRP PAYMENTS PAST 6 MO:  $_____     OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____   PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____ Completed  0501-2003 _____
_____
_____

```
LORJ1                          PROGRAM REVIEW REPORT              *        04-11-2007
PAGE 002                                                                  07:46:15
```

RELEASE PREPARATION PARTICIPATION: Enroll when 30 mos
prior to PRD

CCC RECOMMENDATION: Team will consider
when 11-13 mos prior to PRP

PROGRESS MADE SINCE LAST REVIEW: None

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Clear conduct
Receive outstanding wrk, qtr + adj rpts.
Enroll in ACE class

LONG TERM GOALS:
Complete RPP by 01/2012
Save $200 for release purposes

OTHER INMATE REQUESTS/TEAM ACTIONS:

```
   LORJ1              *           PROGRAM REVIEW REPORT              *        04-11-2007
PAGE 003 OF 003                                                              07:46:15

SIGNATURES:

CHAIRPERSON: _A. Nicholas Off_   INMATE: _Sey Tung_

      DATE: _4 18 07_             DATE: x _4-18-07_
```

P5322.12
11/29/2006
Attachment B, Page 1

## Education Progress Report

To: _____, Unit Manager

Prepared by: _K. WAZYBOK_____
              Education Advisor

_TURNAGE_____        _40274-037_____        _4/18/07_
Inmate Name              Register Number           Date

## Initial Classification Information

GED/High School: Completed (YES/NO)_____
Year or Highest Grade Completed _____

ESL: Completed (YES/NO)_____

Date of Education Interview:_____

Recommendations/Comments (Please include information regarding
recommended classes and target enrollment date):
_____
_____
_____

## Program Review Information

Class:_____        Instructor:_____
Performance:_____
Attendance:_____
Target Completion Date:_____
Hours Completed:_____    Progress: Satisfactory/Unsatisfactory

Class:_____        Instructor:_____
Performance:_____
Attendance:_____
Target Completion Date:_____
Hours Completed:_____    Progress: Satisfactory/Unsatisfactory

Recommendations/Comments (Please include information regarding
recommended classes and target enrollment date):
_ACE - watch for schedule_____
_____
_____