

Certificate of Completion — May it be known that this Certificate has been presented to TROY TURNAGE For the successful completion of MUSIC THEORY. Presented this Fifteenth Day of March, 2004. M.C. Stolz, ACE Coordinator

# Certificate of Completion

May it be known that this Certificate has been presented to

TROY TURNAGE

For the successful completion of

UNDERSTANDING THE STOCKMARKET

Presented this  Twelfth  Day of  July , 2004

M.C. Stolz, ACE Coordinator

# Certificate Of Completion

May it be known that this Certificate has been presented to

**Troy Turnage**

For the successful completion of

**Biology and Human Behavior**

Presented this Eighth Day of January, 2005

*M.C. Stolz*

# Certificate Of Completion

May it be known that this Certificate has been presented to

Troy Turnage

For the successful completion of

Finance and Accounting for the Non-Financial Manager

Presented this Fourteenth Day of February, 2005

*M.C. Stolz*

# Certificate Of Completion

May it be known that this Certificate has been presented to

**Troy Turnage**

For the successful completion of

**Elements of Jazz**

Presented this Eighteenth Day of April, 2005

_M.C. Stolz_

# Certificate of Completion

May it be known that this Certificate has been presented to

TROY TURNAGE

For the successful completion of

PARENTING

Presented this Twenty-third Day of May, 2005

K. Wazybok, Parenting Instructor

# Certificate Of Completion

May it be known that this Certificate has been presented to

**Troy Turnage**

For the successful completion of

**Economics**

Presented this Fifth Day of July, 2005

_M. C. Stolz_
M. C. Stolz

# Certificate Of Completion

May it be known that this Certificate has been presented to

Troy Turnage

For the successful completion of

Public Speaking

Presented this Twentieth Day of December, 2005

*M.C. Stolz, Coordinator*

# Certificate Of Completion

May it be known that this Certificate has been presented to

Troy Turnage

For the successful completion of

Paralegal Studies

Presented this Thirteenth Day of January, 2006

M.C. Stolz, Coordinator

# Certificate of Achievement

This certifies that

**TROY TURNAGE**

has satisfactorily completed

**ASTRONOMY II**

Consisting of  20  Hours of Training

This certificate is hereby issued this  27TH  day of  AUGUST , 20 07

M.C. Stolz, ACE Coordinator



# DISCIPLE

This certificate of recognition is presented by

Prison Outreach Ministry
*Church*

to

Troy K. Turner

upon completion of

DISCIPLE:
REMEMBER WHO YOU ARE
The Prophets • The Letters of Paul

David S. Nachman
Kevin L. Stark
_____
*Signed*

May 27, 2003
*Date*

If you make my word your home you will indeed be my disciples.
—John 8:31
*The New Jerusalem Bible*

# Jesus in the Gospels

This certificate of recognition is presented to

**Troy Turnage**

upon completion of

## Jesus in the Gospels
### Disciple
Second Generation Studies

by

**W. PA Prison Outreach Ministry**
*Church*

4/27/04
*Date*

*[Signed] Richard B. Wilke*
*Signed*



# DISCIPLE

*This certificate of recognition is presented by*

**Prison Outreach Ministry**
*Church*

*to*

TROY TURNAGE

*upon completion of*

### DISCIPLE:
### BECOMING DISCIPLES
### THROUGH BIBLE STUDY

June 23, 2005
*Date*

*Signed*

*If you make my word your home you will indeed be my disciples.*
—John 8:31
*The New Jerusalem Bible*

# DISCIPLE

This certificate of recognition
is presented by

_____
Prison Outreach Ministries
Church

to

Troy Turnage

upon completion of
DISCIPLE:
INTO THE WORD INTO THE WORLD
Genesis-Exodus ♦ Luke-Acts

July 20, 2006
Date

_____
Signature
_____

"If you make my word your home you will indeed be my disciples.
—John 8:31
_The Jerusalem Bible_

# Certificate of Recognition

*Is presented to*

**TROY TURNAGE**

*To certify that he has completed*

## Introduction to the New Testament

*Presented: April 24, 2005 at FCI-Loretto*

*By:*

RANDY DATSKO
ANDREW JONES
RUTH MAKLIN



Western PA Prison Outreach Ministry