## OFFICE OF THE FEDERAL PUBLIC DEFENDER
### DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

008 JUN -3 A 9:46

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Via Hand-delivery**

June 2, 2008

**Crack Reduction    Status Report**
**Supplemental Memorandum in Support of Motion to Reduce Sentence**
**Motion for Appointment of Counsel**

The Honorable William D. Quarles, Jr.
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 3A
Baltimore, Maryland 21201

Re:   *United States v. Troy Kevin Turnage*
      No. S-02-143

Dear Judge Quarles:

Please accept and docket this letter as a status report, supplemental memorandum in support of Mr. Turnage's motion for a reduction of sentence under 18 U.S.C. § 3582, and motion for appointment of counsel.

U.S. Probation has submitted a report indicating that Mr. Turnage is eligible to seek a reduction in sentence under the recently amended crack guidelines. Judge Smalkin originally sentenced Mr. Turnage to 135 months imprisonment. This represented the bottom of a two level "safety-valve" departure from the range of 168 to 210 months. Under the new crack guidelines, Mr. Turnage's new range with the same two level departure would be 108 to 135 months. Mr. Turnage requests that the Court reduce his sentence from 135 months to 108 months. Mr. Turnage's current estimated release date is January 2013. A 27 month reduction would move his release date up about 24 months to January 2011.

The materials submitted by Mr. Turnage with his *pro se* motion show that he is a worthy candidate for a reduction in sentence. He is currently housed at the Federal Prison Camp in Loretto. The progress report and other documents attached to his *pro se* motion for reduction of sentence show that he has made good institutional adjustments. In addition, his supervisor, Ms. Custer, at the

The Honorable William D. Quarles, Jr.
June 2, 2008
Page two

UNICOR factory at Loretto recently took the time to write a reference letter for him. His performance ratings are consistently "above average, "he "displays a positive attitude," and he is "very conscientious." Exhibit A.

    Mr. Turnage also enjoys the support of family. His girlfriend, Tisha Butler, has been a firm advocate for him and has maintained a steady relationship with him during his incarceration. The couple share one child together - a son. Mr. Turnage looks forward to when he can support his son and play a more significant role as a parent. Mr. Turnage's aunt and uncle also have taken the time to write to show their support for Mr. Turnage. Exhibit B.

    It also is worth noting that Mr. Turnage will soon turn 39 years old - an age where recidivism declines. The instant offense was his first and only conviction or arrest for a drug trafficking offense. Indeed, his presentence report reveals only one prior conviction or arrest - for reckless driving. Under these circumstances, a 108 month sentence is more than sufficient to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

    My Office did not previously represent Mr. Turnage. Enclosed is an order appointing my Office and requiring that the government respond to his motion for reduction of sentence. Should the government have no objection to a reduction in sentence, the case will be ripe for disposition.

    Thank you for your attention to this matter.

                              Very truly yours

                              Denise C. Barrett
                              Assistant Federal Public Defender

Enclosures

DCB/kdw

cc:    Barbara Sale, AUSA
       Estelle Santana, USPO
       Troy Turnage
       Court file